I had mentioned to Sam from the start "We need a change-of-venue! This is Bleeding Heart liberal NYC. Not Suffolk County." I knew I was in trouble. Sam says "That's Hard to get!" He's Right. Very Hard If you don't ASK! What does He CARE! Not HIS LIFE!

**From:** ^!"COLL, ^!BRIAN" <72289054@inm
**To:**
**Date:** 9/20/2019 1:20 PM
**Subject:** ***Request to Staff*** COLL, BRIAN,

To: medical staff

~~[illegible strikethrough]~~

***ATTENTION*** *SCRAP*

Please cut and paste the message indicator below into subject line.

4b437c9f-fcde-464d-b869-dd2ba9a7bbae

⊛ Remember my erratic idiot Cellie that left. Good Riddance. He was a Zealot. Had a Bible in one hand and A Fist in the other. OMG!! He would say "Jesus loves you!" I'd say back "This kind of love I can do without." He'd get mad at that. He'd say pastor Copeland says, "You have to <u>Will</u> it into existence!"

Yeah, yeah. I said "Well, you can "<u>Will</u>" in one hand & shit in the other, & see which comes true." He got mad again. What a loon. He said "that's crazy talk." "Not exactly & it's more Reality!"

Let me try his theory. Here goes. "I <u>Will</u>" for "<u>FREEDOM</u>!" Doors still locked. Damn it All!

I'll try tomorrow.

## Individualized Reentry Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 01955588
Team Date: 05-31-2018

Plan is for inmate 

### Progress since last review

Since last review participating in the Financial Responsibility Program (FRP). Has not participated in any educational programs, and failed to obtain any form of identification, but sanitation is good, taking medication daily, and conduct is clear.

### Next Program Review Goals

By 11/2018 enroll in the Parenting class, continue FRP payments of $25.00 monthly, continue to take medication daily as recommended by Health Service, maintain good sanitation, complete application for social security card, and obtain a copy of birth certificate.

### Long Term Goals

Within the next 12 months maintain good conduct, maintain participation in the FRP until completed, participate in the Release Preparation Program within 30 months of release, and develop a release plan with 19 months of release.

### RRC/HC Placement

### Comments

** No notes entered **

Tuesday
7-14-20

Dear Judge Preska,

Hello. Hope you're well. Another day in paradise for me! My wise brother in CA is a great guy. Air Force Academy grad 94. You can't be a ding-dong and get in there. But, we tend to bang heads on issues. He's Liberal-Dem and I'm conservative. How many times I've told him "We'll have to agree to disagree!" I do respect your knowledge, insight, and view. Recently we went back and forth about the ME Dr. Greenberg. He gave me the definition of Homicide. "Homicide." This was no "Homicide." But, the law in this country is an "ass." He went on to say "The ME didn't say that the blows to the head caused the arrhythmia. Rather he said the blows to the head, the struggle, the pinning on the ground and his underlying medical conditions all contributed to his death." Well, blow me down the River!" I'll be damned if I can find Torres here. I've looked high and low! No sign of that SOB! According to my brother it was a culmination of shit that played into Spear's demise. And, Torres was at the party too! My bad! He cooperated! "Free pass!" Could very well have been spinning a yarn! But, the gov't would say or think "That doesn't matter, Mr. Coll, we got the "W," you got effed, we ruined a good man, and his family." Furthermore you're just a god damn # anyway. "Nobody cares!!"

I've always known that fact. If it seems like I'm bitter and jaded, that's because I am!! You've got an innocent man in prison! I'm as sure as I am that God created this earth. I'm not in denial. And I'm no idiot. If I blew a dudes brains out, you or anyone else for that matter, wouldn't hear a peep from me.

But, this is what happens when you're part of a political agenda, and the departed fits a narrative. To rise to the Federal level is overkill times 10. Silliness! And last time I checked Rikers is not Federal land, Nor do we hold Federal inmates! Unless NY State sold it to the feds. I may have missed that. I'll have to ask Gov. Cuomo. It's all BS! You and my man Trump have the magic wand. You can easily put an end to this crazy dance! I've written Trump 10 times. Obama-Trump. Night & day! Plus, Trump is pro-law enforcement.

The main reason I wrote is to ask you to read an article in The Washington Post, titled "~~I Resent my~~ "I Resented my dad when he went to prison. It hurt us both." In the "Outlook" section. Deanna Paul, a former NYC prosecutor, covers NY Courts & law enforcement for the "Wall Street Journal." It was one of the most heart felt stories I ever read. Poor girl. And poor dad. I emailed her about it & she emailed me back. I told her "that could be my Tara (oldest girl) standing on that bench." I said "It really hit me." I'm far from a pansie, but yes, the tears flowed.

article dated June 21 Sunday

🏈 Trump 2020           "WIM"           God Bless, Bryan V

