UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Brian Joseph Coll_
(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

20 CV 5790 (CM) ( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____
(full name(s) of the defendant(s)/respondent(s))

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. Are you incarcerated? ☑ Yes ☐ No (If "No," go to Question 2.) _You sent it to a Resort_
   I am being held at: _Lovely Williamsburg FCI SC_
   Do you receive any payment from this institution? ☐ Yes ☑ No _Need $ for wall._
   Monthly amount: _Was 2 cents per month, Now Zero!_
   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☑ No
   If "yes," my employer's name and address are:
   _I was making 100k per year as a CO at NYCDOC, Thanks to the Feds I make zero & lost everything!_
   Gross monthly pay or wages: _0_
   If "no," what was your last date of employment? _Around 2014_
   Gross monthly wages at the time: _Approx. $8,300_

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply. _I lost house & residence history._
   (a) Business, profession, or other self-employment ☐ Yes ☑ No
   (b) Rent payments, interest, or dividends ☐ Yes ☑ No

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts or inheritances | ☐ Yes | ☑ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☑ No |
| (g) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

*Pay pay pay & never ends! I paid $500.00 for a lousy fine. "We don't care if you don't belong in prison. Just pay."*

If you answered "No" to all of the questions above, explain how you are paying your expenses:

*I am paying with the measly $1,600 I have in my damn inmate account. Ruin a man & then bill him!*

4. How much money do you have in cash or in a checking, savings, or inmate account?

*$1,600 which has to last until my NYC pension kicks in in 22 months. Noone helps me & noone cares.*

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

*No! Had 50K in my IRA but pissed it away on a damn lawyer to fight this injustice. Life savings gone!*

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

*No. I'm a guest of the BOP!*

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

*None. Thank god. Due to you feds I can't work. I've always worked. My working days are finished!!*

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*I don't owe anyone crap in this rotten life! Thank you!*

Declaration: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

8/26/20
Dated

Signature

Coll, Brian Joseph    PO Box 340    72289-054
Name (Last, First, MI)    Prison Identification # (if incarcerated)

FCI-Williamsburg    Salters    SC    29590
Address    City    State    Zip Code

1-800-BOP-IGFG    N/A
Telephone Number    E-mail Address (if available)

IFP Application, page 2

Name: BRIAN Coll
Register Number: 72289-054
FCI Williamsburg
P. O. Box 340
Salters, SC 29590

RECEIVED
SDNY PRO SE OFFICE
2023 SEP -1  AM 9:58

You got my Irish up on this one

COLUMBIA SC 290
17 AUG 2023 PM 2 L

Court Clerk
U.S. District Court
Southern District Of NY
U.S. Courthouse
500 Pearl Street
New York, NY 10007

10007-135033